293 N.C. at 717, 239 S.E. 2d at 469; *State v. Britt*, 288 N.C. at 711, 220 S.E. 2d at 291.

No error.

———————

FEDERAL LAND BANK OF COLUMBIA, Plaintiff v. SAMUEL LIEBEN, GOODSON FARMS, INC., J. MICHAEL GOODSON, and ESTATE OF GREYLIN R. GOODSON, and SAMUEL LIEBEN, Defendant, Cross-Claim Plaintiff and Third Party Plaintiff and GOODSON FARMS, INC., J. MICHAEL GOODSON, and ESTATE OF GREYLIN R. GOODSON, Defendants and Cross-Claim Defendants v. EDWARD F. MOORE, Third Party Defendant

No. 201PA88

(Filed 3 November 1988)

ON plaintiff's petition for discretionary review, pursuant to N.C.G.S. § 7A-31(c), of a decision of the Court of Appeals, 89 N.C. App. 395, 366 S.E. 2d 592 (1988), which affirmed judgment for defendant Lieben entered by *Pope, J.*, sitting without a jury, at the 10 November 1986 session of Superior Court, SAMPSON County. Heard in the Supreme Court on 13 October 1988.

*Richard L. Burrows for plaintiff appellant.*

*Petree, Stockton & Robinson, by Daniel R. Taylor, Jr. and Clifford Britt, for Samuel Lieben, defendant appellee.*

PER CURIAM.

Affirmed.